No. 517, Misc.  KRAUSE *v.* HIATT, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 518, Misc.  TAYLOR *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 519, Misc.  VANCE *v.* TENNESSEE.  Supreme Court of Tennessee.  Certiorari denied.  *William A. McTighe* for petitioner.  *Roy H. Beeler,* Attorney General of Tennessee, and *Nat Tipton* for respondent.

No. 520, Misc.  LOWE *v.* HUMPHREY, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 521, Misc.  SKINNER *v.* NEW YORK CENTRAL RAILROAD CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 522, Misc.  MASTERSON *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.

No. 525, Misc.  BLAND *v.* ELLIS, MANAGER OF THE TEXAS PRISON SYSTEM.  Court of Criminal Appeals of Texas.  Certiorari denied.  *Bowen C. Tatum* for petitioner.  *Joe R. Greenhill,* First Assistant Attorney General of Texas, for respondent.

No. 528, Misc.  REED *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 529, Misc.  GAGNON *v.* MINNESOTA.  Supreme Court of Minnesota.  Certiorari denied.